No. 77–5545. JONES *v.* MISSOURI. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 77–5548. BRADLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5570. ROSA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5692. WOE *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–5709. SOTTILE *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 77–5746. DONALD, AKA DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5762. JOHNSON *v.* JOHNSON. Sup. Ct. Alaska. Certiorari denied.

No. 77–5768. TAYLOR *v.* MISSISSIPPI EMPLOYMENT SECURITY COMMISSION ET AL. Sup. Ct. Miss. Certiorari denied.

No. 77–5771. FAIR, AKA FARRIOR *v.* ROCKEFELLER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–5778. SCHWARTZ *v.* PITTS, SHERIFF. C. A. 6th Cir. Certiorari denied.

No. 77–5782. SOUZA *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 77–5798. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5803. BRYANT *v.* BYRD ET AL. C. A. 5th Cir. Certiorari denied.